UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding   No. __4:20-mj-34__

20-039-04    **"REDACTED" APPLICATION FOR SEARCH AND SEIZURE WARRANT**

I, Craig Scherer, being duly sworn depose and say:

I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Sioux Falls, South Dakota, and have reason to believe that upon and within the property fully described in Attachment A, attached hereto and incorporated herein by reference, there is now concealed certain information, namely: that fully described in Attachment B, attached hereto and incorporated herein by reference, which I believe is property constituting evidence of the commission of criminal offenses, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing criminal offenses, concerning violations of 21 U.S.C. §§ 846 and 841(a)(1) (possession with the intent to distribute controlled substances) and 18 U.S.C. § 1956 (money laundering).

The facts to support a finding of Probable Cause are contained in my Affidavit filed herewith.

_____
Craig Scherer, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me, telephonically, on the __27th__ day of March, 2020, at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding    No. 4:20-mj-34

20-039-04    **"REDACTED" SEARCH AND SEIZURE WARRANT**

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the following property located in the District of South Dakota:  that fully described in Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal property constituting evidence of the commission of criminal offenses, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing criminal offenses, concerning violations of 21 U.S.C. §§ 846 and 841(a)(1) (possession with the intent to distribute controlled substances) and 18 U.S.C. § 1956 (money laundering), as fully described in Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before 4-10-2020 (not to exceed 14 days)
☒ in the daytime – 6:00 a.m. to 10:00 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.



☐  Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized,
  ☐ for _____ days *(not to exceed 30)*.
  ☐ until, the facts justifying, the later specific date of _____.

3-31-2020 nunc pro tunc
3-27-2020 at 1 pm CDT at Sioux Falls, South Dakota
Date and Time Issued Telephonically

_____
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE

[2]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding     No. 4:20-mj-34

20-039-04                                 "**REDACTED**" RETURN

Date and time warrant executed: _____

Copy of warrant and inventory left with: _____

Inventory made in the presence of: _____

Inventory of the property taken and name of any person(s) seized (attach additional sheets, if necessary):

---

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

_____
Craig Scherer, Special Agent
Homeland Security Investigations

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding

20-039-04

No. 4:20-mj-34

**"REDACTED" AFFIDAVIT IN SUPPORT OF SEARCH AND SEIZURE WARRANT**

STATE OF SOUTH DAKOTA  )
                       :SS
COUNTY OF MINNEHAHA    )

I, Craig Scherer, being duly sworn on oath, depose and say:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Sioux Falls, South Dakota, and have been duly employed in this position since December 2003. I am a graduate of the Criminal Investigator Training Program and ICE Special Agent Training Program at the Federal Law Enforcement Training Center. I have received specialized training pertaining to conducting criminal investigations, immigration and customs laws, investigative techniques, searching databases, conducting interviews, executing search warrants, and making arrests with respect to criminal violations of United States Code.

2.  As a Special Agent, one of my responsibilities is investigating drug trafficking organizations and associated money laundering methods. I have led and assisted with numerous investigations into violations of the Federal Controlled Substances Act and I am familiar with the provisions of Title 21 and 18 of the United States Code.

**PURPOSE OF AFFIDAVIT**

3.  I make this affidavit in support of an application for a search warrant for information associated with Airbnb accounts identified in Attachment A ("SUBJECT ACCOUNTS"), that are stored at premises owned, maintained, controlled, or operated by Airbnb Inc., headquartered at 888 Brannan Street, San Francisco, California 94103.

4.  As described more fully below, I respectfully submit there is probable cause to believe that the SUBJECT ACCOUNTS in this affidavit contain

information that constitutes evidence or instrumentalities of criminal violations of Title 21 U.S.C. §§ 846 and 841(a)(1) (controlled substances) and 18 U.S.C. § 1956, money laundering.

5. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of United States Code are located within the Airbnb accounts described in this affidavit.

6. I have received information from other law enforcement officers and sources of information by either verbal or written report. The officers and sources providing information may have received the information by way of personal knowledge or from another source.

## SUMMARY OF INVESTIGATION

7. HSI Sioux Falls, IRS, U.S. Postal Inspection Service, and the Sioux Falls Area Drug Task Force (SFADTF) have been investigating an international methamphetamine Drug Trafficking Organization (DTO) responsible for sending bulk methamphetamine from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ To date, this investigation has seized ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



On ▇▇▇▇▇▇▇▇▇▇, the U.S. Postal Inspection Service and SFADTF seized ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9. On ▇▇▇▇▇▇▇▇▇▇, the SFADTF served a search warrant at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10. On ▇▇▇▇▇▇▇▇▇▇, the SFADTF served a search warrant at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

11. A search of ▇▇▇▇▇▇▇▇▇▇ located multiple parcels, weighing ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[redacted]

12. On [redacted], the SFADTF arrested [redacted]

13. [redacted] used [redacted]

14. On [redacted], the SFADTF was conducting surveillance of [redacted]

15. On [redacted], I obtained a state search warrant for a [redacted] The search warrant was authorized for 45 days.

16. On [redacted], the SFADTF was conducting physical surveillance of the [redacted].

17. On [redacted], the [redacted]

18. On ▓▓▓▓▓▓▓▓▓▓, the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

19. Documents from within the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

20. A search of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

21. On ▓▓▓▓▓▓▓▓▓▓, I assisted the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with the service of a state search warrant at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

22. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[4]

██████████████████████████████████████
██████████████████████████████████████
███████████████████.

23. On ████████████, I conducted an interview of ████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

24. ██████ also learned ████████████████████████
██████████████████████████████████████
██████████████████████████████████████

25. On ████████████, SFADTF Detective Dan Christiansen conducted an interview of ████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

26. On ████████████, IRS SA Corey Vickery and I conducted ██ interview of ████████████ at the ████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████.

27. ████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

[5]

28. ███████ stated while at ████████████████████
███████████████████████████████████████████████
███████

29. On ███████████ I served a federal search warrant on ████████
███████████████

30. On ███████████ I arrested ████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████

31. ███████ has an outstanding ████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████.
███████████████████.

32. On ███████████ a representative of ████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████

**TECHNICAL BACKGROUND**

33. Based on my training and experience, my knowledge of the investigation, and the information described above, I believe that the Airbnb records for the SUBJECT ACCOUNTS listed in this affidavit are likely to contain information relating to violations of 21 U.S.C. §§ 846 and 841(a)(1) (controlled substances) and 18 U.S.C. § 1956 (money laundering).

34. Based on my training and experience, my knowledge of the investigation, and the information described above, I know individuals, known and unknown,

[6]

are using Airbnb rentals to store, conceal and distribute controlled substances and proceeds. I further know members of the ▮▮▮▮▮▮▮▮ are using the identities of other individuals to conduct the Airbnb rentals to elude detection by law enforcement.

35. Based upon my training, experience and participation in other investigations involving cocaine, crack cocaine, MDMA, steroids, methamphetamine, heroin, marijuana and/or other controlled substances, I know:

> a. That narcotics traffickers often place their assets in names other than their own to avoid detection of these assets by government agencies.
>
> b. That even though their assets are in other persons' names, the narcotics traffickers own and continue to use these assets and exercise dominion and control over them.
>
> c. That large-scale narcotics traffickers often maintain on hand large amounts of U.S. currency in order to maintain and finance their ongoing narcotics business.
>
> d. That narcotics traffickers often maintain books, records, notes, ledgers, airline tickets, money orders, and other papers relative to the transportation, ordering, sale, and distribution of controlled substances. That narcotics traffickers occasionally "front" (provide narcotics on consignment) narcotics to their clients. That the aforementioned books, records, receipts, notes, ledgers, etc., are often maintained where the narcotics traffickers have ready access to them, including in their residences and vehicles.
>
> e. That it is common for narcotics traffickers to secrete contraband, proceeds of drug sales, and records of drug transactions (some being coded and cryptic in nature and stored within electronic devices) in secure locations within, or in near proximity to, their respective residences and/or vehicles for ready access and to conceal from law enforcement authorities.
>
> f. That persons involved in drug trafficking often conceal in and near their residence and vehicles caches

of drugs, large amounts of currency, financial instruments, precious metals, jewelry, and other items of value and/or proceeds of drug transactions; and evidence of financial transactions related to obtaining, transferring, secreting, and/or spending of large sums of money made from engaging in narcotics trafficking activities.

g.  That controlled substance traffickers commonly maintain address or telephone books or papers which reflect names, addresses and/or telephone numbers of their associates in the trafficking organization.

h.  That narcotics traffickers often utilize electronic pagers, cellular telephones, answering machines, caller identification devices, electronic address books, computers, etc., to facilitate communication with co-conspirators and/or store telephone numbers/addresses of associates, customers and sources of supply.

i.  That narcotics traffickers often possess firearms, ammunition, and other weapons.

j.  That persons present at locations where drugs are distributed, stored and/or used, often conceal many of the above mentioned items, particularly controlled substances and names/numbers of associates, on their person.

36.  I believe based on the above information that individuals known and unknown are involved in drug trafficking activities and associated financial violations.

## CONCLUSION

37.  I respectfully request that the Court direct Airbnb to disclose to the government any information described in Attachment B that is within its possession, custody, or control, for evidence of drug trafficking and money laundering activities in violation of 21 U.S.C. §§ 846 and 841(a)(1) (controlled substances) and 18 U.S.C. § 1956 (money laundering), as more fully described in Attachment B hereto.

38.  Based on the foregoing, I request that the Court issue the requested search warrant.

_____
Special Agent Craig Scherer
Homeland Security Investigations

Sworn to and subscribed before me, telephonically, on the 27th day of March, 2020, at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
United States Magistrate Judge

[9]

**"REDACTED" ATTACHMENT A
PROPERTY TO BE SEARCHED**

The following account identifiers that are stored at premises owned, maintained, controlled, or operated by Airbnb, Inc., a company headquartered San Francisco, CA.



[10]

## "REDACTED" ATTACHMENT B
## DESCRIPTION OF PROPERTY TO BE SEARCHED AND SEIZED

1. Please provide basic subscriber records which may include name, length of service, credit card information, email address(es), and recent login/logout IP address(es), for any Airbnb property rented by any individual listed in Attachment A, to include all associated unique application identifiers, from ▮▮▮▮▮.

2. All transaction records for any individual listed in Attachment A, to include all associated unique application identifiers, to include physical address, length of stay, upcoming reservation and other identifying information, for any Airbnb rental or reservation from ▮▮▮▮▮.

3. All transaction records for any individual listed in Attachment A, to include all associated unique application identifiers, to include all bank records, checks, credit card bills, account information, payment history, source of payment information and other financial records from ▮▮▮▮▮.

4. All associated unique application identifiers for any individual listed in Attachment A, from ▮▮▮▮▮.

5. All content of user communications for any individual listed in Attachment A, to include all associated unique application identifiers, from ▮▮▮▮▮.

6. All information recording schedule or travel for any individual listed in Attachment A, to include all associated unique application identifiers, ▮▮▮▮▮.

[11]